JOHN T. KEATING
Nevada Bar No.: 6373
K E A T I N G LAW GROUP
9130 W. Russell Road, Suite 200
Las Vegas, Nevada 89148
jkeating@keatinglg.com
(702) 228-6800 phone
(702) 228-0443 facsimile
Attorneys for Defendant
*Allstate Insurance Co.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOE WATSON, AMY WATSON,<br><br>Plaintiffs,<br><br>vs.<br><br>ALLSTATE INSURANCE CO.; BEST BUY STORES, L.P., a Foreign Limited Partnership; ELECTROLUX SERVICES, LLC dba FRIGIDAIRE, a Foreign Limited-Liability Company; and DOES I-V, inclusive,<br><br>Defendants. | CASE NO.:<br><br>PETITION FOR REMOVAL OF CIVIL ACTION<br><br>(Formerly Case No. CV18-01580 in the Second Judicial District Court, Washoe County, Nevada) |

TO:   CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA; and

TO:   ALL INTERESTED PARTIES:

Defendant Allstate Insurance Co. ("Allstate"), by and through its attorneys, KEATING LAW GROUP, files this Petition for Removal of Civil Action of the above-entitled case from the Second Judicial District Court for the State of Nevada to the United States District Court for the District of Nevada, on the basis of diversity of citizens pursuant to 28 U.S.C.A. §1441 and §1446.

The Petition of Defendant respectfully shows:

1.   On August 13, 2018, Plaintiffs commenced their lawsuit against Defendant in the

1

Second Judicial District Court for the State of Nevada, entitled *Watson v. Allstate Insurance Co., et al.*, Case No. CV18-01580.

2. On or about August 15, 2018 Defendant received notice of this action by service of process.

3. Plaintiffs are citizens of Nevada.

4. Defendant Allstate is an Illinois corporation.

5. Plaintiffs, in their Complaint, is seeking compensatory damages for: (1) breach of contract; (2) breach of fiduciary duty and punitive damages.

6. Plaintiffs allege, inter alia, that they suffered a loss on or about July 27, 2017, when their home suffered water damage in Washoe County, Nevada. Plaintiffs are claiming damages pursuant to the coverage of the homeowners policy of insurance issued by Defendant, along with alleged breach of fiduciary duty. Plaintiffs are seeking damages from Defendant in excess of $75,000.00, including punitive damages.

7. This is a civil action over which this Court has jurisdiction and is one that may be removed to this Court by Defendant.

8. Copies of all processes and pleadings served in the State Court action are attached as Exhibit "A" to the Petition for Removal in accordance with 28 U.S.C.A. § 1446(a).

9. Concurrent with the filing of this Petition for Removal, Defendant is providing Notice to all parties and the Clerk of the Eighth Judicial District Court, Clark County, Nevada, pursuant to 28 U.S.C.A. §1446(d).

WHEREFORE, Defendant Allstate Insurance Co. gives notice that the above-entitled action, pending in the Second Judicial District Court for the State of Nevada, is being removed

therefrom to this Honorable Court.

DATED this ___11___ day of September, 2018.

KEATING LAW GROUP

_____
JOHN T. KEATING
Nevada Bar No.: 6373
9130 W. Russell Road, Ste. 200
Las Vegas NV 89148
Attorney for Defendant
*Allstate Insurance Co.*

CERTIFICATE OF MAILING

I HEREBY CERTIFY that on the ___11___ day of September, 2018, a true and correct copy of the above and foregoing PETITION FOR REMOVAL OF CIVIL ACTION was made by depositing a true and correct copy of same in the United States Mail, postage fully prepaid, addressed to the following:

Steven M. Hess, Esq.
Hess & Associates
3500 Lakeside Court, Ste. 150
Reno NV 89509
Attorneys for Plaintiffs

/s/MERINA HANSEN/
An Employee of KEATING LAW GROUP

3